# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DJAVANSHIR D.GADJIEV, | : |
| | : |
| Plaintiff, | : CIVIL FILE |
| | : |
| vs. | : ACTION NO. 1:12-CV-2700-JEC |
| | : |
| ATLANTA INDEPENDENT SCHOOL SYSTEM, STEPHANIE BAILEY, in her individual capacity and THOMAS W. GLANTON, in his individual capacity, | : |
| | : |
| Defendants. | : |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned Counsel of record for Plaintiff to this action certifies that the following is a full and complete list of all of the parties in this action, including any parent corporation and any publicly held corporation that owns 10% of the stock of a party:

    a. Plaintiff: Diavanshir D. Gadjiev

    b. Defendants: Atlanta Independent School System, Stephanie Bailey and Thomas W. Glanton.

(2) The undersigned further certify that the following is full and complete list of all other persons associations, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: Atlanta Board of Education.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorney for the parties in the proceeding:

    a) Plaintiff: Torin D. Togut

    b) Defendants: Sharron M. Pitts

    Submitted this 18th day of October, 2012.

.

                                                        BY: /s/ Torin D. Togut
                                                               Torin D. Togut
                                                               Georgia Bar No. 713950
                                                               Attorney for Plaintiff

140 Hanarry Drive
Lawrenceville, Georgia 30046
(678) 372-1829
(678) 407-2449
torin@togutlaw.com

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| DJAVANSHIR D.GADJIEV, | : |
| | : |
| Plaintiff, | : CIVIL FILE |
| | : |
| vs. | : ACTION NO. 1:12-CV-2700-JEC |
| | : |
| ATLANTA INDEPENDENT SCHOOL SYSTEM, STEPHANIE A. BAILEY, in her individual capacity and THOMAS W. GLANTON, in his individual capacity, | : |
| | : |
| Defendants. | : |
| _____ | : |

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2012, I electronically filed Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to following attorney of record:

Sharron M. Pitts
spitts@atlantapublicschools.us

I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: None

BY: /s/ Torin D. Togut
　　　Torin D. Togut
　　　Georgia Bar No. 713950
　　　Attorney for Plaintiff

140 Hanarry Drive
Lawrenceville, Georgia 30046
(678) 372-1829
(678) 407-2449 (FAX)
torin@togutlaw.com