# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DJAVANSHIR D. GADJIEV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | 1:12-CV-2700-JEC |
| ) | |
| ATLANTA INDEPENDENT SCHOOL ) | |
| SYSTEM, STEPHANIE A. BAILEY, in ) | |
| Her individual capacity and THOMAS W. ) | |
| GLANTON, in his individual capacity ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S COUNSEL'S REQUEST FOR WITHDRAWAL

Defendants, Atlanta Independent School System, Stephanie A. Bailey, in her individual capacity and Thomas W. Glanton, in his individual capacity (hereinafter referred to jointly as "Defendants"), respond to Plaintiff's Counsel's Request for Withdrawal as follows.

Defendants do not object to Plaintiff's Counsel's Request for Withdrawal since, assuming that the request is granted by this Honorable Court, Plaintiff, Djavanshir D. Gadjiev, (hereinafter "Plaintiff") has, among other things, the burden to prepare for discovery, motions, or trial or hire other counsel to prepare for discovery, motions, or trial when the trial date has been set. If Plaintiff fails or refuses to meet these burdens, then he may suffer adverse consequences in this

- 2 -

action including, but not limited to, dismissal of the case for failure to prosecute, default judgment or other action that may result in the dismissal of this case.

Respectfully submitted, this 21th day of October, 2013.

                                      */s/Glinton R. Darien, Jr.*
                                      Glinton R. Darien, Jr., Esq.
                                      Georgia Bar No. 684676

                                      Assistant General Counsel
                                      Attorney for Defendants
                                      Atlanta Independent School System,
                                      Stephanie A. Bailey, in her individual
                                      capacity and Thomas W. Glanton, in
                                      his individual capacity

Office of the General Counsel
Atlanta Public Schools – 8th Floor
130 Trinity Avenue, S.W.
Atlanta, Georgia 30303
(404) 802-2802 TELEPHONE
(404) 802-1801 FACSIMILE
gdarien@atlantapublicschools.us

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DJAVANSHIR D. GADJIEV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | 1:12-CV-2700-JEC |
| ) | |
| ATLANTA INDEPENDENT SCHOOL ) | |
| SYSTEM, STEPHANIE A. BAILEY, in ) | |
| Her individual capacity and THOMAS W. ) | |
| GLANTON, in his individual capacity ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S COUNSEL'S REQUEST FOR WITHDRAWAL has been filed electronically with the Clerk of Court, this 21st day of October, 2013, using the CM/ECF System, and that a true and correct copy of the foregoing will be provided by the Clerk of Court to the CM/ECF member named below:

Torin D. Togut, Esq.
Georgia Bar Number 713950
140 Hanarry Drive
Lawrenceville, Georgia 30046

                                      /s/ *Glinton R. Darien, Jr.*
                                      Glinton R. Darien, Jr., Esq.
                                      Georgia Bar No. 684676

Attorney for Defendants

## **CERTIFICATE REGARDING FONT SIZE**

I hereby certify that the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S COUNSEL'S REQUEST FOR WITHDRAWAL uses Times New Roman, 14 point, as approved by the Northern District of Georgia in Local Rule 5.1(C).

/s/ *Glinton R. Darien, Jr.*
Glinton R. Darien, Jr., Esq.
Georgia Bar No. 684676

Attorney for Defendants